**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,      )<br>                                           )<br>           Plaintiff,              )<br>                                           )<br>vs.                                    )<br>                                           )<br>Hector Marino-Salazar,      )<br>                                           )<br>           Defendant.           )<br>_____ ) | CR 11-2056-1-PHX-SRB<br><br>**DETENTION ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on April 26, 2012.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 30th day of April, 2012.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge